IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BENTON WILLIAMS, JR., | : |
| *Plaintiff*, | : Case No. 1:24-cv-698 |
| vs. | : Judge Jeffery P. Hopkins |
| JUDGE MICHAEL R. BARRETT, | : |
| *Defendant*. | : |

## ORDER

On January 8, 2025, Chief Magistrate Judge Stephanie K. Bowman issued an order (Doc. 7) directing Plaintiff Benton Williams, Jr. to either pay the full filing fee or, alternatively, supplement his pending application to proceed *in forma pauperis* by filing a completed AO 240 form on or before January 24, 2025. Rather than comply with the terms of that order, Plaintiff filed a response that this Court construes as objections. *See* Doc. 8.

As here, when a party objects to a Magistrate Judge's order that addresses a non-dispositive matter, the court must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). In his objections, Plaintiff primarily reiterates the allegations underlying the instant case. Beyond that reiteration, Plaintiff alleges that the Court is attempting to "force" him to pay the filing fee. Not so. Having reviewed the Magistrate Judge's order and Plaintiff's objections, the Court finds no clear error.

Accordingly, Plaintiff's objections are **OVERRULED**.

**IT IS SO ORDERED.**

Dated: February 3, 2025

                                               Hon. Jeffery P. Hopkins
                                               United States District Judge