IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BENTON WILLIAMS, JR., : | |
|     *Plaintiff*, : | Case No. 1:24-cv-698 |
| vs. : | Judge Jeffery P. Hopkins |
| JUDGE MICHAEL R. BARRETT, : | |
|     *Defendant*. : | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 10) issued by Chief Magistrate Judge Stephanie K. Bowman on February 5, 2025. The Chief Magistrate Judge recommends that Plaintiff's application to proceed *in forma pauperis* be denied and that this case be closed for failure to prosecute based on Plaintiff's failure to either timely supplement his application or alternatively, to pay the requisite filing fee. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED**

and this case is hereby **CLOSED** due to Plaintiff's failure to either timely supplement his application or alternatively, to pay the requisite filing fee.

    **IT IS SO ORDERED.**

Dated: February 24, 2025

                                             Hon. Jeffery P. Hopkins
                                             United States District Judge