IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BENTON WILLIAMS, JR., | : |
| *Plaintiff*, | : |
| | : Case No. 1:24-cv-698 |
| vs. | : |
| | : Judge Jeffery P. Hopkins |
| JUDGE MICHAEL R. BARRETT, | : |
| *Defendant*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**      This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the February 24, 2025 Order, the Magistrate Judge's February 5, 2025 Report and Recommendation is **ADOPTED** in its entirety. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** and this case is hereby **CLOSED** due to Plaintiff's failure to either timely supplement his application or alternatively, to pay the requisite filing fee.

Dated:  February 24, 2025                          Richard W. Nagel, Clerk of Court
                                                                       By: */s Karli Colyer*
                                                                       Deputy Clerk